IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00095-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLIE LOUIS JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's unopposed oral motion to continue his detention hearing. For good cause shown, the motion to continue is **GRANTED**. The detention hearing is continued to **Tuesday, May 17, 2011, at 10:00 a.m.** in the Courthouse Annex in Greenville, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 10th day of May, 2011.

DAVID W. DANIEL
United States Magistrate Judge