UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-95-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CHARLIE LOUISE JONES | |

On motion of the Defendant, Charlie Louise Jones, and for good cause shown, it is hereby ORDERED that the **[DE # 36]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 14 day of November, 2011.

JAMES C. DEVER, III
Chief United States District Judge