UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-95-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CHARLIE LOUIS JONES | |

On motion of the Defendant, Charlie Louis Jones, and for good cause shown, it is hereby ORDERED that the **[DE77 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **3** day of **November**, 2016.

James C. Dever, III
CHIEF UNITED STATES DISTRICT JUDGE