UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charlie Louis Jones**                      **Docket No. 5:11-CR-95-1D**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charlie Louis Jones, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Possess With the Intent to Distribute 500 Grams or More of Cocaine, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 13, 2011, to the custody of the Bureau of Prisons for a term of 138 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Charlie Louis Jones was released from custody on October 8, 2020, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant agreed to participate in a cognitive behavioral program to enhance critical thinking and improve his ability to make positive decisions for his life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2546<br>Executed On: April 22, 2021 |

### ORDER OF THE COURT

Considered and ordered this **23** day of **April**, 2021, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge